**Order entered November 26, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01182-CV

**VICTOR HERNANDEZ, ET AL., Appellants**

**V.**

**AMERICAN HOMES 4 RENT PROP TWO,**
**A DELEWARE LTD LIABILITY CO, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01640-B**

## ORDER

Before the Court is appellants' November 25, 2014 unopposed second motion for an extension of time to file a brief. Appellants inform the Court that the parties are in the process of finalizing settlement documents and request a forty-five day extension. On November 3, 2014, the Court granted appellants' motion for a twenty-six day extension so the parties' could finalize their settlement documents. Accordingly, we **GRANT** the motion **TO THE EXTENT** that appellants shall file either a motion to dismiss the appeal or a brief by **DECEMBER 29, 2014**.

/s/    ELIZABETH LANG-MIERS
JUSTICE